MARK E. FERRARIO
Nevada Bar No. 1625
WHITNEY L. WELCH-KIRMSE
Nevada Bar No. 12129
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
       welchkirmsew@gtlaw.com

*Counsel for Defendants Comerica Bank and Xerox*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK CLEMENT,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, in her representative capacity of the Social Security Administration, COMERICA BANK, a financial services company, and XEROX, a corporation,<br><br>    Defendants. | Case No. 2:17-cv-02787-JCM-PAL<br><br>**STIPULATION TO EXTEND MOTION REPLY DEADLINE**<br><br>**[FIRST REQUEST]** |

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Mark Clement and Defendants Comerica Bank and Xerox, by and through their respective counsel, that the deadline to file and serve the reply in support of Defendants Comerica Bank and Xerox's Motion to Dismiss [ECF No. 17], filed March 5, 2018 shall be extended for seven (7) days and shall be due on or before April 6, 2018. No previous requests for extension of the deadlines referenced above have been made.

...

...

LV 421113082v1

The parties represent that this Stipulation is entered into in good faith and not for the purposes of undue delay.

Respectfully submitted,

DATED: March 29, 2018.

Greenberg Traurig, LLP

/s/ Whitney L. Welch-Kirmse
MARK E. FERRARIO
Nevada Bar No. 1625
WHITNEY L. WELCH-KIRMSE
Nevada Bar No. 12129
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169

*Counsel for Defendants
Comerica Bank and Xerox*

DATED: March 29, 2018.

GIBSON LAW GROUP, PLLC

/s/Thomas J. Gibson
THOMAS J. GIBSON
Nevada Bar No. 3995
2340 East Calvada Blvd., #5
Pahrump, Nevada 89048

*Counsel for Plaintiff*

**ORDER**

IT IS HEREBY ORDERED that Defendants Comerica Bank and Xerox's Reply in support of its Motion to Dismiss shall be extended for seven (7) days and be due on or before April 6, 2018.

_____
UNITED STATES DISTRICT JUDGE
DATED: April 2, 2018

Page 2 of 3
LV 421113082v1

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that a copy of the foregoing ***STIPULATION TO EXTEND MOTION REPLY DEADLINE*** was filed electronically via the Court's CM/ECF system. Notice of Filing will be served on all parties by operation of the Court's CM/ECF system.

Dated this 29th day of March 2018.

                                          */s/ Sandy Jackson*
                                 An employee of Greenberg Traurig, LLP

LV 421113082v1