THOMAS J. GIBSON, ESQ.
Nevada Bar No. 3995
GIBSON LAW GROUP, PLLC
2340 East Calvada Blvd., # 5
Pahrump, Nevada 89048
Telephone: 775-209-1035
Facsimile:  775-624-9778
tgibson@gibsonlawgroup.net
*Attorney for Plaintiff*
Click here to enter text.

The undersigned does hereby affirm that this document does not contain the social security number of any person.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARK CLEMENT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, in her representative capacity of the Social Security Administration, COMERICA BANK, a financial services company, and XEROX, a corporation,<br><br>　　　　　　Defendants. | Case No:  2:17-cv-02787-JCM-PAL<br><br>**STIPULATION TO ENLARGE TIME TO RESPOND TO FEDERAL DEFENDANT'S MOTION TO DISMISS (First Stipulation)** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, with good cause appearing, hereby stipulate and request that the Court enlarge Plaintiff's time to respond to Federal Defendant's Motion to Dismiss filed with this Court on August 06, 2018 [ECF #33].

Whereby the original response date was due on or before August 20, 2018, the parties and their counsel have stipulated to enlarge the deadline, thereby making the response due on or before **Thursday, August 30, 2018**.

DATED this 20th day August, 2018.

GIBSON LAW GROUP, PLLC

/s/*Thomas J. Gibson.*
THOMAS J. GIBSON, ESQ.
2340 East Calvada Boulevard, #5
Pahrump, NV 89048
*Attorney for Plaintiff*

DATED this 20th day August, 2018.

DAYLE ELIESON
United States Attorney

*/s/Mark E. Woolf*
MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
*Attorneys for Federal Defendant*

## **ORDER**

IT IS SO ORDERED that Plaintiff's deadline to respond to Federal Defendant's Motion to Dismiss is now August 30, 2018.

_____
UNITED STATES DISTRICT JUDGE
DATED: August 20, 2018

Respectfully submitted by:

GIBSON LAW GROUP, PLLC

/s/Thomas J. Gibson
THOMAS J. GIBSON, ESQ.
Nevada Bar No. 3995
2340 East Calvada Blvd., # 5
Pahrump, Nevada 89048
Telephone: 775-209-1035
Facsimile: 775-624-9778
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I DO HEREBY CERTIFY that service of the foregoing **STIPULATION TO ENLARGE TIME TO RESPOND TO FEDERAL DEFENDANT'S MOTION TO DISMISS** was made on all parties via the Court's Electronic Case Filing System.

Dated this 20th day of August 2018

                                          */s/Sunny Dean*
                                          An agent of GIBSON LAW GROUP, PLLC

GIBSON LAW GROUP, PLLC.
2340 E. Calvada Blvd., Suite 5
Pahrump, NV 89048