THOMAS J. GIBSON, ESQ.
Nevada Bar No. 3995
GIBSON LAW GROUP, PLLC
2340 East Calvada Blvd., # 5
Pahrump, Nevada 89048
Telephone: 775-209-1035
Facsimile: 775-624-9778
tgibson@gibsonlawgroup.net
*Attorney for Plaintiff*

The undersigned does hereby affirm that this document does not contain the social security number of any person.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARK CLEMENT,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, in her representative capacity of the Social Security Administration, COMERICA BANK, a financial services company, and XEROX, a corporation,<br><br>    Defendants. | Case No: 2:17-cv-02787-JCM-PAL<br><br>**STIPULATION TO ENLARGE TIME TO RESPOND TO FEDERAL DEFENDANT'S MOTION TO DISMISS (Second Stipulation)** |

  Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, with good cause appearing, hereby stipulate and request that the Court enlarge Plaintiff's time to respond to Federal Defendant's Motion to Dismiss filed with this Court on August 06, 2018 [ECF #33].

  Whereby the original response date was due on or before August 20, 2018, the parties and their counsel stipulated to enlarge the deadline [ECF #33], which was granted by the Honorable Judge James C. Mahon on August 20, 2018 [ECF #36] extending the deadline to respond to Thursday, August 30, 2018. The parties hereby stipulate to a second extension of time

to respond to U.S. Defendant's Motion to Dismiss in order to facilitate the possibility of a resolution without the necessity of litigation. Therefore, the Parties request the new deadline to respond to said motion be enlarged to **September 13, 2018**.

DATED this 29th day August, 2018.

GIBSON LAW GROUP, PLLC

/s/*Thomas J. Gibson.*
THOMAS J. GIBSON, ESQ.
2340 East Calvada Boulevard, #5
Pahrump, NV 89048
*Attorney for Plaintiff*

DATED this 29th day August, 2018.

DAYLE ELIESON
United States Attorney

*/s/Mark E. Woolf*
MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
*Attorneys for Federal Defendant*

## **ORDER**

IT IS SO ORDERED that Plaintiff's deadline to respond to Federal Defendant's Motion to Dismiss is now September 13, 2018.

_____
UNITED STATES DISTRICT JUDGE
DATED: August 30, 2018

Respectfully submitted by:

GIBSON LAW GROUP, PLLC

/s/Thomas J. Gibson
THOMAS J. GIBSON, ESQ.
Nevada Bar No. 3995
2340 East Calvada Blvd., # 5
Pahrump, Nevada 89048
Telephone: 775-209-1035
Facsimile: 775-624-9778
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I DO HEREBY CERTIFY that service of the foregoing **STIPULATION TO ENLARGE TIME TO RESPOND TO FEDERAL DEFENDANT'S MOTION TO DISMISS (Second Stipulation)** was made on all parties via the Court's Electronic Case Filing System.

Dated this 30th day of August 2018

                                     */s/Sunny Dean*
                                     An agent of GIBSON LAW GROUP, PLLC

GIBSON LAW GROUP, PLLC.
2340 E. Calvada Blvd., Suite 5
Pahrump, NV 89048